UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL HERRERA, Administrator of the Estate of MARIA GREGORIA HERRERA, deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>    Defendants. | Case No. 11 C 4052<br><br>Judge Darrah<br><br>Formerly Case No. 10 L 014680, Circuit Court of Cook County, Illinois |

## JOINT STIPULATION TO DISMISS AND REMAND

Plaintiff Angel Herrera, by their attorney, and the United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, stipulate as follows:

  1. Plaintiff's original state court complaint asserts medical malpractice claims against numerous defendants, including Dr. Jose Benatar, an employee of the Access Community Health Network.

  2. The matter was originally filed in the Circuit Court of Cook County on December 28, 2010. On June 15, 2011, the matter was removed to this court and the United States was substituted as defendant for Dr. Jose Benatar. A motion to dismiss the case against the federal defendants was filed by the United States on June 16, 2011.

  3. Plaintiff has now agreed to dismiss the federal defendants from the state court action.

  WHEREFORE, the court should dismiss the United States and Dr. Jose Benatar, and remand this matter to the Circuit Court of Cook County, each party to bear its own costs and fees.

Respectfully submitted,	Respectfully submitted,

		PATRICK J. FITZGERALD
s/ Randall F. Peters (by permission)	United States Attorney
RANDALL F. PETERS
Randall F. Peters & Associates	By:  s/ Amanda A. Berndt
177 North State Street	    AMANDA A. BERNDT
3rd Floor	    Assistant United States Attorney
Chicago, Illinois 60601	    219 South Dearborn Street
(312) 368-1245	    Chicago, Illinois 60604
rfpeters@live.com	    (312) 353-1413
	    amanda.berndt@usdoj.gov

*Attorney for Plaintiff*
	*Attorney for United States*

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**JOINT STIPULATION TO DISMISS AND REMAND**

was served on July 14, 2011, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any, and were mailed to:

| | |
|---|---|
| Michael A. Burr | Pretzel & Stouffer |
| 4200 West Peterson Avenue | 1 South Wacker Drive, #2500 |
| Chicago, Illinois 60646 | Chicago, Illinois 60604 |

 s/ Amanda A. Berndt
AMANDA A. BERNDT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
amanda.berndt@usdoj.gov